COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER TO REINSTATE

Appellate case name:      Richard Sterling Phillips v. The State of Texas

Appellate case number:    01-10-00871-CR

Trial court case number:  09-CR-1557

Trial court:              212th District Court of Galveston County

This case was abated and remanded to the trial court on June 8, 2012.  The order of abatement directed the trial court to determine whether appellant still desired to pursue his appeal, determine whether good cause exists to relieve appellant's counsel of his duties, and either remove appellant's counsel and substitute new counsel or set a date certain when appellant's counsel must file his brief.  The trial court held a hearing on the order of abatement on June 15, 2012, and the district clerk filed a supplemental clerk's record with the trial court's findings and recommendations on June 27, 2012.  The trial court found that appellant still wished to pursue this appeal, that good cause did not exist for relieving counsel of his duties, and that counsel had completed appellant's brief.  The court therefore set June 15, 2012 as the deadline for filing appellant's brief.  Counsel filed appellant's brief with this Court on June 15, 2012.  Accordingly, we REINSTATE this case on the Court's active docket.

Further, because appellant's brief is filed effective on reinstatement of this case, the State's brief, if any, is ORDERED to be filed within 30 days of the date of this order.  *See* TEX. R. APP. P. 38.6(b).

It is so **ORDERED**.


Judge's signature: /s/ Justice James Sharp
                   ☑ Acting individually     ☐ Acting for the Court


Date:  July 20, 2012